No. State 217.   GRADY, Plaintiff in error, v. STATE, Defendant in error.*

(Also reported in 218 N. W. 2d 377.)

* Motion for rehearing denied, without costs, on August 1, 1974.

The cause was submitted for the plaintiff in error on the brief of *Patrick J. Devitt* and *Laurence E. Norton II,* Legal Aid Society of Milwaukee, and for the defendant in error on the brief of *Robert W. Warren,* attorney general, and *Robert D. Martinson,* assistant attorney general.

Judgment and order affirmed.